Michael O'GRADY, Appellant,

v.

Robert M.A. JOHNSON; Daniel Klint;
Synthia O'Grady; Mort McBain;
Thomas Finley; Scott Corbett, Appel-
lees.

No. 07–1091.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 6, 2008.

Filed: June 26, 2008.

Before BYE, M. SMITH, and
BENTON, Circuit Judges.

PER CURIAM.

Michael O'Grady appeals the district
court's [1] judgment dismissing his civil
rights complaint. Having carefully consid-

---

1. The Honorable Joan N. Ericksen, United
States District Judge for the District of Minne-
sota, adopting the report and recommenda-
tions of the Honorable Jeanne J. Graham,
United States Magistrate Judge for the Dis-
trict of Minnesota.

1. The Honorable Joan N. Ericksen, United
States District Judge for the District of Minne-
sota, adopting the report and recommenda-
tions of the Honorable Jeanne J. Graham,
United States Magistrate Judge for the Dis-
trict of Minnesota.

ered O'Grady's arguments on appeal, and upon de novo review, we conclude that dismissal was proper. We agree with the district court that O'Grady either failed to state a claim with regard to his allegations related to child custody and child support enforcement, or failed to assert a basis for federal subject matter jurisdiction. Accordingly, we affirm. *See* 8th Cir. R. 47B. The pending motions are denied.